UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re:

                            Chapter 15

FIA LEVERAGED FUND (IN LIQUIDATION)

                            Case No. 14-10093 (REG)

              Debtor.

---------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

State of New York    )
                           ) ss.:
County of New York  )

    Stewart Turner, being duly sworn, deposes and says:

1) I am over 18 years of age and am not a party to the above-captioned proceedings.

2) On February 19, 2014, I served true and correct copies of:

- Objection of Stewart Turner to its Recognition Under Chapter 15

1

to the following parties by email (with a paper copy hand delivered to Chambers via the Clerk's office on February 18, 2014):

| Office of The United States Trustee |
| --- |
| U.S. Federal Office Building |
| 201 Varick Street, Suite 1006 |
| New York, NY   10014 |
| Richard C. Morrissey, Esq. |
| Richard.Morrissey@usdoj.gov |

| SATTERLEE STEPHENS BURKE & BURKE LLP |
| --- |
| 230 Park Avenue, 11th Floor |
| New York, New York 10169 |
| Timothy T. Brock, Esq. |
| Abigail Snow, Esq. |
| tbrock@ssbb.com |
| asnow@ssbb.com |
| Counsel for Fletcher Income Arbitrage Fund and FIA Leveraged Fund |

*[signature: Stewart Turner]*

**STEWART TURNER**

Sworn to before me on this

19th day of February 2014

*[signature]*

FAZIA K KHAN
Notary Public - State of New York
NO. 01KH6224789
Qualified in Queens County
My Commission Expires 7/16/14

3