UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

FIA LEVERAGED FUND (IN LIQUIDATION),

Debtor.

Chapter 15

Case No.: 14-10093 (REG)

**AMENDED CORPORATE OWNERSHIP STATEMENT**

Pursuant to Rules 1007(a)(4) and 7007.1 of the Federal Rules of Bankruptcy Procedure and Rule 1007-3 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York, and upon information and belief, Robin Lee McMahon and Roy Bailey, as Joint Official Liquidators and the Foreign Representatives (the "Foreign Representatives") for FIA Leveraged Fund (in Liquidation) ("Leveraged"), and through their undersigned counsel, identify the following as entities that directly or indirectly own, or that claim to own, 10% or more of any classof Leveraged's equity interests:[1]

1. America Alternative Investments
2. Richcourt Euro Strategies Fund Inc.
3. Fletcher Fund LP
4. Richcourt Partners LP

The Foreign Representatives further state, upon information and belief, that Leveraged does not directly or indirectly own 10% or more of any class of equity interests of any

---

[1] All outstanding shares of Leveraged, which were issued in several series, are of the same class. The information disclosed herein about the ownership of equity interests in Leveraged is as of 13 April 2012, based on information provided by the directors of Leveraged and is subject to dispute in the Cayman liquidation proceedings.

corporation whose securities are publicly traded, nor does it own any interests in any general or limited partnership or any joint venture.

This *Amended Corporate Ownerhsip Statement* amends and supersedes the statement originally filed for Leveraged on January 17, 2014 [D.I. 1-6].

Dated: April 30, 2014

                      SATTERLEE STEPHENS BURKE & BURKE LLP

                      /s/ Timothy T. Brock_____
                      Timothy T. Brock
                      230 Park Avenue, 11th Floor
                      New York, NY 10169
                      (212) 828-9200

                      *Attorneys for Robin Lee McMahon and Roy Bailey, and Joint Official Liquidators and the Foreign Representatives of FIA Leveraged Fund (in Liquidation)*